UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 11 CR 750 |
| v. | Judge Robert M. Dow, Jr. |
| SAUL MELERO, et al. | |

## PROTECTIVE ORDER GOVERNING COMMUNICATIONS WITH INDEPENDENT COUNSEL REGARDING POTENTIAL CONFLICT OF INTEREST

Upon the agreed motion of the government, it is hereby ORDERED:

1. As set forth in the motion for a protective order and as set forth in docket entry 49 in the above-captioned case, this Court has ordered each defendant to separately confer about any potential conflict of interest related to the fact that the defendants are represented by attorneys who are associated in the practice of law. The appointment of the independent attorneys shall be arranged by the Federal Defender Program.

2. No member of the United States Attorney's Office for the Northern District of Illinois shall communicate with the independent attorneys appointed to confer with the defendants regarding the substance of their communications with the defendants about the potential conflict of interest.

3. This protective order shall not prevent the Assistant United States Attorney handling this prosecution, or another Assistant United States Attorney, from attending any future court hearing regarding any potential conflict of interest associated with such joint representation.

4. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
ROBERT M. DOW, JR.
District Judge
United States District Court
Northern District of Illinois

Date: July 24, 2012