UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                  Case No.: 1:11−cr−00750
                                                    Honorable Robert M. Dow Jr.

Jason Correa, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2014:

   MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on
5/27/2014. Further Status hearing set for 8/19/2014 at 09:15 AM. Without objection, time
to be excluded in the interest of justice for the complexity of the case, and for continuity
of counsel under I 8 U.S.C. § 3161 (h)(7)(A)(B) from 5/27/2014 to and including
8/19/2014. Mailed notice (tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.