**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 11 CR 750 |
| | ) | |
| **SAUL MELERO,** | ) | |
| **JASON CORREA,** | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    **Honorable Judge Robert M Dow Jr.**     **Matthew Madden**
       **219 S. Dearborn**     **Assistant United States Attorney**
       **Chicago, IL 60604**     **219 S. Dearborn**
                                                                   **Chicago, IL 60604**

You are hereby notified that we will appear in the United States District Court, Northern District of Illinois, Eastern Division, before the following Judge sitting in his/her stead, at the place and time below specified, and ask for a hearing on the **MOTION TO VACATE TRIAL DATE AND HOLD THIS MATTER IN ABEYANCE.**

| **JUDGE** | **ROOM** | **DATE** | **TIME** |
|---|---|---|---|
| **Judge Robert M Dow Jr.** | 1919 | **JULY 10, 2014** | 9:15 A.M. |

**CERTIFICATE OF SERVICE**

    **I,** Jeanyce Nieves, certify that the above Notice has been e-filed via the courts ECF filing system on this 30th day of June, 2014, and that a hand delivered copy of the above and foregoing has been delivered to the Honorable Judge Robert M. Dow, Jr.

                            S/Jeanyce Nieves/June 30, 2014
                                **JEANYCE NIEVES**